

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jordan Michael Barton, Appellant

No. 06-23-00006-CR      v.

The State of Texas, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CR-17-26358). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Jordan Michael Barton, pay all costs incurred by reason of this appeal.

RENDERED MAY 17, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk